AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

KARLA KOVAC

**V.**

STAPLES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 12445 WGY

TO: (Name and address of defendant)

STAPLES, INC. c/o CT Corporation System, 101 Federal Street, Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. McLeod, BBO. No. 560572
McLeod Law Offices, PC
77 Franklin Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 1 8 2004

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 26, 2004

I hereby certify and return that on 11/24/2004 at 11:45AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to A.Liberto, Process Clerk & agent in charge of CT Corp & agent in charge at time of service, for Staples, Inc, at CT Corporation System, 101 Federal Street, Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

_____
Deputy Sheriff

[The remainder of the page shows an upside-down standard AO 440 Return of Service form with blank fields for Statement of Service Fees and Declaration of Server.]