# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KARLA KOVAC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAPLES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-12445-WGY |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant, Staples, Inc., ("Defendant"), hereby moves for an extension of time to answer, move or otherwise respond to the Complaint in the above-captioned action to and including January 21, 2005. As grounds for this motion, Defendant states as follows:

1. On November 18, 2004, Plaintiff filed her Complaint with this Court, and served the Complaint and Summons on Defendant on or about November 24, 2004.

2. Plaintiff's Complaint consists of seven counts alleging a variety of different causes of action, including sex discrimination, retaliation and disability discrimination.

3. Consistent with the waiver of service provision contained in Fed. R. Civ. P. 12(a)(1)(B), counsel for Defendant offered to accept service of the Complaint. Because he had already initiated service, Plaintiff's counsel agreed, on November 22, to a sixty-day extension for Defendant to respond to the Complaint. Counsel for Plaintiff also has assented to this Motion.

4. Defendant requests an extension of time to answer, move or otherwise respond to the Complaint. Such an extension would cause Defendant's responsive pleading to be due on or before January 21, 2005.

BO1 15689879.1

-2-

5. Defendant has not requested any prior extensions.

WHEREFORE, Defendant, Staples, Inc., respectfully requests that this Court grant its request for an extension until January 21, 2005 for Defendant to answer, move or otherwise respond to the Complaint in the above-captioned matter.

Respectfully submitted,

STAPLES, INC.

By its Attorney(s),

//s// Krista Pratt
Ariel D. Cudkowicz (BBO # 550577)
Krista G. Pratt (BBO # 644741)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

DATED: January 6, 2005

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2) of the Local Rules of this Court, I, Krista Green Pratt, hereby certify that counsel for the Plaintiff, William J. McLeod, assented to the granting of this Motion.

//s// Krista Pratt
Krista Green Pratt

-2-