UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KARLA KOVAC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAPLES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-12445-WGY |

## CORPORATE DISCLOSURE STATEMENT

Defendant, STAPLES, INC., by and through its undersigned attorneys, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3.

1. **Identify all parent corporation(s).**

   None

2. **List any publicly-held company that owns 10% or more of the party's stock.**

   No publicly-held company owns 10% or more of Staples, Inc.'s stock.

                Respectfully submitted,
                STAPLES, INC.

                By its Attorney(s),

                //s// Krista Pratt
                Ariel D. Cudkowicz (BBO # 550577)
                Krista G. Pratt (BBO # 644741)
                SEYFARTH SHAW LLP
                World Trade Center East
                Two Seaport Lane, Suite 300
                Boston, MA 02210-2028
                Telephone:    (617) 946-4800
                Facsimile:    (617) 946-4801

DATED: January 20, 2005

BO1 15691563.1