UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

KARLA KOVAC

        Plaintiff,

-v-                                  CIVIL NO.  04-12445 WGY

STAPLES, INC.,

        Defendant.
_____

## CERTIFICATION
### Local Rule 16.1(D)(3)

      The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation in this matter, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rules of the United States District Court for the District of Massachusetts.

Plaintiff's Counsel                       Plaintiff


___/s/_____       _____/s/_____
William J. McLeod,  BBO No. 560572     Karla  Kovac
McLeod Law Offices, PC
77 Franklin Street
Boston, MA  02110
(617) 542-2956



DATED: February 10, 2005          DATED: February 8, 2005