# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KARLA KOVAC,<br><br>                    Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.  04-12445-WGY<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**STAPLES, INC.**                                                       **SEYFARTH SHAW LLP**


/s/ Cindy Westervelt                                                    /s/ Krista Green Pratt
By:  Cindy Westervelt                                                   By:  Krista Green Pratt, BBO # 644741
General Counsel                                                         SEYFARTH SHAW LLP
                                                                        Two Seaport Lane, Suite 300
                                                                        Boston, MA 02210
                                                                        (617) 946-4819

DATED: February 18, 2005

BO1 15697569.1