UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

KARLA KOVAC

        Plaintiff,

-v-                                                          CIVIL NO.  04-12445 WGY

STAPLES, INC.,

        Defendant.

_____

## JOINT STATEMENT OF THE PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, the parties in the above-captioned matter submit the following Joint Statement.

**I.**    **The parties propose that the agenda at the scheduling conference include the following proposed schedule:**

    1.    Voluntary Disclosures (Rule 26(a)(1)):  On or before March 7, 2005

    2.    Deadline to Amend Pleadings:  July 1, 2005;

    3.    All written discovery served by (including request for admissions): July 1, 2005;

    4.    Discovery Completed by (including depositions, written discovery, and motions thereunder):  September 30, 2005;

    5.    Rule 26(a)(2)(B) Expert Disclosure by Plaintiff:  August 1, 2005

    6.    Rule 26(a)(2)(B) Expert Disclosure by Defendants:  September 1, 2005

    7.    Expert Depositions, if any, completed:  September 31, 2005.

    8.    Dispositive Motions Filed:  October 30, 2005;

    9.    Pretrial Date:  On or about December 2005.

**II.     Other Matters**

    A.     The parties have conferred and will not consent to a trial by a magistrate judge.

    B.     A written settlement proposal will be presented by Plaintiff to Defendants, and defense counsel will be prepared to respond to the proposal at the Scheduling Conference.

    C.     Certifications required under Local Rule 16(D)(3) were previously filed with the Court, with copies being sent to the parties.

Respectfully submitted,

| KARLA KOVAC | STAPLES, INC. |
| --- | --- |
| By her Attorney, | By its Attorneys, |
| | |
| /s/William J. McLeod | /s/Krista Pratt |
| William J. McLeod, BBO #560572 | Ariel D. Cudkowicz, BBO 550557 |
| McLeod Law Offices, PC | Krista G. Pratt, BBO 644741 |
| 77 Franklin Street – 2rd Floor | Seyfarth Shaw, LLP |
| Boston, MA  02110 | World Trade Center East |
| Phone: 617-542-2956 | Two Seaport Lane, Suite 300 |
| Fax: 617-695-2778 | Boston, MA  02210-2028 |
| | Phone: 617-946-4800 |
| | Fax: 617-946-4801 |

DATED:     February 25, 2005