UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

KARLA KOVAC

        Plaintiff,

-v-                                                    CIVIL NO. 04-12445 WGY

STAPLES, INC.,

        Defendant.

_____

## **EMERGENCY JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

       The parties in the above captioned matter hereby move to extend the tracking order on all dates by three months. As grounds in support, the parties, through their counsel, respectfully represent:

1. On June 30, 2005 the parties agreed to submit the case to mediation prior to the commencement of depositions, in an effort to save resources in the event the matter could settle.

2. On August 15, 2005 the matter was privately mediated for over ten hours with JAMS Attorney Maria Walsh. The mediation did not close, and the parties have continued to negotiate a resolution to all claims for at least three weeks following the mediation.

3. As of the date of this motion, the parties continue to negotiate resolution.

4. All parties have been negotiating in good faith, however, due to scheduling issues as well as the negotiations themselves, the parties have not been able to reach resolution yet.

5. The parties require additional time to discuss settlement, conduct depositions and submit dispositive motions.

WHEREFORE, the parties respectfully request that this motion be granted.  A proposed Amended Scheduling Order is attached.

Respectfully submitted,

| KARLA KOVAC | STAPLES, INC. |
|---|---|
| By her Attorney, | By its Attorneys, |
| /s/William J. McLeod_____ | /s/Krista Pratt_____ |
| William J. McLeod, BBO #560572 | Ariel D. Cudkowicz, BBO 550557 |
| McLeod Law Offices, PC | Krista G. Pratt, BBO 644741 |
| 77 Franklin Street – 2rd Floor | Seyfarth Shaw, LLP |
| Boston, MA  02110 | World Trade Center East |
| Phone: 617-542-2956 | Two Seaport Lane, Suite 300 |
| Fax: 617-695-2778 | Boston, MA  02210-2028 |
|  | Phone: 617-946-4800 |
|  | Fax: 617-946-4801 |

DATED:	September 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

KARLA KOVAC

        Plaintiff,

-v-                                                 CIVIL NO.  04-12445 WGY

STAPLES, INC.,

        Defendant.

_____

## **AMENDED SCHEDULING ORDER**

The Scheduling Order of February 25, 2005 is hereby amended as follows:

1. Discovery Completed by (including depositions, written discovery, and motions thereunder):  December 2, 2005;

2. Rule 26(a)(2)(B) Expert Disclosure by Plaintiff:  October 15, 2005;

3. Rule 26(a)(2)(B) Expert Disclosure by Defendants:  November 10, 2005;

4. Expert Depositions, if any, completed:  December 2, 2005;

5. Dispositive Motions Filed:  January 20, 2006;

6. Pretrial Date:  On or after March 2006.

        SO ORDERED:
        By the COURT:


_____
William Young, USDJ

DATED:  _____

3