UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

KARLA KOVAC

        Plaintiff,

-v-                                  CIVIL NO.  04-12445 WGY

STAPLES, INC.,

        Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above captioned matter, by and through their undersigned counsel hereby agree and stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that this action shall be dismissed with prejudice, each party to pay his or its own costs and attorneys' fees, and that all rights of appeal are waived.

| | |
|---|---|
| KARLA KOVAC<br>By her Attorney, | STAPLES, INC.<br>By its Attorneys, |
| /s/William J. McLeod<br>William J. McLeod, BBO #560572<br>McLeod Law Offices, PC<br>77 Franklin Street – 2rd Floor<br>Boston, MA  02110<br>Phone: 617-542-2956<br>Fax: 617-695-2778 | /s/Krista Pratt<br>Ariel D. Cudkowicz, BBO 550557<br>Krista G. Pratt, BBO 644741<br>Seyfarth Shaw, LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210-2028<br>Phone: 617-946-4800<br>Fax: 617-946-4801 |

DATED:      November 14, 2005